**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RONALD R. JOHNSON, et al., Civil No. 02-811 (JRT/FLN)

Plaintiffs,

v. **ORDER OF REFERENCE**

U.S. BANK, et al.,

Defendants.

---

Ronald R. Johnson, 5355 Shady Hill Circle, Shorewood, MN 55331, *pro se* plaintiff.

Michael A. Pysno DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant U.S. Bank

Jeffrey J. Bouslog and Andrew S. Hansen, OPPENHEIMER WOLFF & DONNELLY, 45 South Seventh Street, Suite 3400, Minneapolis, MN 55402, for defendant Oppenheimer Wolff & Donnelly.

James A. O'Neal and Amy R. Freestone, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for defendant Faegre & Benson.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant Oppenheimer Wolff & Donnelly's motion to dismiss or alternatively for summary judgment [Docket No. 17], Faegre & Benson's motion for judgment on the pleadings or for summary judgment [Docket No. 20], and U.S. Bank's motion to dismiss or in the alternatively for summary judgment [Docket No. 23] are referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who

FILED OCT 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion.

DATED: October 10, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge