**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

RONALD R. JOHNSON, et al., Civil No. 02-811 (JRT/FLN)

Plaintiffs,

v. **ORDER**

U. S. BANK, et al.,

Defendants.

---

Ronald R. Johnson, Post Office Box 350, Excelsior, MN 55331, *pro se* plaintiff.

Thomas L. Nuss, DORSEY & WHITNEY, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant U.S. Bank.

James A. O'Neal, FAEGRE & BENSON, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for defendant Faegre & Benson.

Andrew S. Hansen, OPPENHEIMER WOLFF & DONNELLY, 45 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendant Oppenheimer.

This matter is before the Court on plaintiff's letter request for a five-day extension for filing objections to the Report and Recommendation. The Court finds that the plaintiff has shown good cause for the requested extension.

Based upon plaintiff's request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

FILED JAN 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Plaintiff's request for a five-day extension for filing objections to the Report and Recommendation [Docket No. ] is **GRANTED.**

2. Plaintiff's objections are due on February 11, 2003.

DATED: Jan. 30, 2003
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge