# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL INFORMATION SHEET

**Date:** June 27, 2003

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Denise La Fond, U.S. District Court - Minncsota

**In Re:** District Court Case No.: 02-218JRT/FLN
Eighth Circuit Case No.: N/A
Case Title: Johnson v US Bank

---

TRANSMITTED HEREWITH:

☒ Original File(s), consisting of two file(s).

☒ Two certified copies, and one uncertified copy of updated docket sheet

☐ Designated Clerk's Record #

☒ Other - one expandable folder

☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ______________

Modified 05/09/03

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronald R. Johnson, individually and DBA Information Exchange Systems, successor in interest to Information Exchange Systems, Inc.,

plaintiffs,

vs.

U.S. Bank N.A. f/k/a First Bank N.A.; Oppenheimer, Wolff & Donnelly, L.L.P.; and Faegre & Benson, L.L.P.,

defendants.

Civil Case No. 02-811 (JRT/FLN)

**NOTICE OF APPEAL**

---------------------------------------------------------

**PLEASE TAKE NOTICE** the above-named plaintiffs appeal - - to the United States Court of Appeals for the Eighth Circuit - - the Order of this District Court filed on May 23, 2003, the associated entry of judgment, and all prior orders/judgments related thereto.

Dated: 6-21-03

Ronald R. Johnson pro se
appellant/plaintiff
P.O. Box 350
Excelsior, MN 55331

Tel: 952-474-8171

58

FILED JUN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK