02cv811 JRT/FLN

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2717

---

| | | |
|---|---|---|
| Ronald R. Johnson, doing business as Information Exchange Systems, successor in interest to Information Exchange Systems, Inc. | * | |
| Appellant, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| U.S. Bank N.A., formerly known as First Bank N.A.; Oppenheimer, Wolff & Donnelly, L.L.P.; Faegre & Benson, L.L.P. | * | [UNPUBLISHED] |
| Appellees. | * | |

---

Submitted: April 1, 2004

Filed: April 6, 2004

---

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

---

PER CURIAM.

SCANNED
U.S. DISTRICT COURT MPLS

Ronald Johnson appeals the district court's[1] adverse grant of summary judgment in his action relating to the sale and foreclosure of loans his companies had obtained. Upon de novo review, see Roeder v. Metro. Ins. & Annuity Co., 236 F.3d 433, 436 (8th Cir. 2001), we conclude that the district court properly granted summary judgment to defendants, because Mr. Johnson's claims were either time-barred or without support. We note that Mr. Johnson agreed to the stay of discovery and did not seek a continuance or file an affidavit describing specific facts further discovery would reveal. See Dulany v. Carnahan, 132 F.3d 1234, 1238 (8th Cir. 1997).

Accordingly, we affirm. See 8th Cir. R. 47B.

---

**A TRUE COPY OF THE ORIGINAL**
**MICHAEL E. GANS, CLERK**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**BY:** Michael E. Gans

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL

June 3, 2004 2004 JUN -9 AM 9:18

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2717 Ronald R. Johnson vs. U.S. Bank N.A.

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

lrd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable John R. Tunheim
Ronald R. Johnson
Thomas L. Nuss
Jeffrey J. Bouslog
Andrew S. Hansen
James Anderson O'Neal
Amy R. Freestone

District Court/Agency Case Number(s): CIV 02-811 JRT/FLN