02CV811 JRT/FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2717

Ronald R. Johnson, doing business as Information Exchange Systems, successor in interest to Information Exchange Systems, Inc.,

Appellant,

v.

U.S. Bank N.A., formerly known as First Bank N.A.; Oppenheimer, Wolff & Donnelly, L.L.P.; Faegre & Benson, L.L.P.,

Appellees.

Appeal from the United States District Court for the District of Minnesota

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 6, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
U.S. DISTRICT COURT MPLS