02-CV-811 JRT/FLN

**RON JOHNSON**

September 25, 2004

P.O. Box 350
Excelsior, MN 55331

Tel: 952-474-8171

Honorable John R. Tunheim
Judge of U.S. District Court
U. S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

RECEIVED
BY MAIL

SEP 27 2004

CLERK US DIST COURT
MINNEAPOLIS MN

Dear Your Honor:

I have heard nothing regarding Johnson's recent discovery and request for recusal nunc pro tunc. Allegedly, Your Honor's Order in Case Civ 02-811 shielded from Johnson's inquiry your younger brother who is Rimage Corporation general counsel[1]. The Order also shielded from Johnson's inquiry Mr. Hoffman who (along with Messrs. Fletcher[2] and McNamara) was an SEC declared Rimage Corporation controlling person. His law firm "Larkin Hoffman" is currently, and was City Attorney and counsel in the condemnation case CD 2344, the subject of the adjoining U.S. Supreme Court Case No. 03-1512 petition.[3] Your Honor's Order noted Johnson pled that case 02-811 be assigned to a judge from another judicial district because of other conflict(s) or the appearance thereof. 28 U.S.C. § 455.

Please recuse nunc pro tunc and notify the respective clerk of courts accordingly.

Respectfully yours,

/S/

Ron Johnson

C: Clerk of U.S. District Court
Clerk of the U.S. Eighth Circuit Court of Appeals, re: Appeal No. 03-2717
Clerk of U.S. Supreme Court, re: Case No. 04-211.

---

[1] Johnson cited documents - - 2004 Corporate Report Fact Book; Martindale-Hubble; Lindquist & Vennum, P.A. web site; U.S. District Court web site; and the reference to "stock offering documents" referenced in the Order not naming Rimage Corporation.

[2] Mr. Fletcher formerly was Mr. Hoffman's law partner and the firm applied for Rimage Corporation's new charter.

[3] *See*, for example, R. App. 8 of the City of Shorewood's U.S. Supreme Court Case No. 03-1512 brief dated September 15, 2004.

SCANNED
U.S. DISTRICT COURT MPLS

JOHNSON
EXCELSIOR, MN
55331-0350

MINNEAPOLIS MN 554
PM
25 SEP
2004

Clerk of Court
U.S. District Court
U.S. Courthouse, Suite 202
300 South 4th Street
MPLS, MN 55415

55415+1320